## LOEB *v.* THE STATE.

115   241
Case 1
115   588

SIMMONS, C. J.   1. The refusal of the court to quash the indictment was not complained of in the bill of exceptions, and is not proper ground of a motion for a new trial.

2. It is an offense, under the Penal Code, § 428, to personally solicit orders for the sale of intoxicating liquors in a county where the sale of such liquors is prohibited by law, whether the personal solicitation be made by one who acts as principal or as agent for another.

3. The evidence was amply sufficient to warrant the verdict.
*Judgment affirmed.    All the Justices concurring, except Lewis, J., absent.*

Argued April 21, — Decided April 24, 1902.

Indictment for misdemeanor.    Before Judge Proffitt.    City court of Elberton.    February 26, 1902.

*Ira C. VanDuzer* and *Joseph N. Worley*, for plaintiff in error.
*Thomas J. Brown, solicitor*, and *George C. Grogan*, contra.

----

## BULLOCK *v.* THE STATE.

115   241
Case 2
118   806

LITTLE, J.   1. None of the grounds of the motion for a new trial assign any specific error as having been committed by the trial judge in giving the charges complained of.    They can not, therefore, be considered, except to ascertain whether they contain correct abstract propositions of law.  *Anderson* v. *Southern Railway Co.*, 107 *Ga.* 501 (4).    So considered, no error appears.

2. The evidence supports the verdict, and the judgment overruling the motion for a new trial is
*Affirmed.    All the Justices concurring, except Lewis, J., absent.*

Submitted April 21, — Decided April 24, 1902.

Indictment for bastardy.    Before Judge Freeman.    City court of Newnan.    March 15, 1902.

*W. G. Post*, for plaintiff in error.
*W. C. Wright, solicitor*, and *W. L. Stallings*, contra.